■ In the Matter of the HORN & HARDART COMPANY et al., Appellants, v

Louis L. Levine, as Industrial Commissioner of the State of New York, et al., Respondents.—Judgment, Supreme Court, New York County, entered on December 25, 1974, unanimously affirmed for the reasons stated by Spector, J., at Special Term, and that the respondents recover of the appellants one bill of $60 costs and disbursements of this appeal. Concur—Murphy, J. P., Birns, Capozzoli, Lane and Nunez, JJ.